■ DEGAETANO CONSTRUCTION, INC., Appellant, v AETNA CASUALTY AND SURETY COMPANY, Respondent and Third-Party Plaintiff-Respondent. PETER DEGAETANO et al., Third-Party Defendants-Appellants. [595 NYS2d 689] —Order, Supreme Court, New York County (Burton S. Sherman, J.), entered on February 28, 1992, unanimously affirmed for the reasons stated by Sherman, J., with costs and disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Ross, Asch and Kassal, JJ.

■ GEORGE PAPAGAPITOS et al., Respondents, v THOMAS E. ENGEL et al., Appellants. [595 NYS2d 688] —Judgment, Supreme Court, New York County (Joan Lobis, J.), entered on July 27, 1992, unanimously affirmed for the reasons stated by Lobis, J., without costs and without disbursements. No opinion. Concur—Ellerin, J. P., Wallach, Kupferman and Asch, JJ.

■ In the Matter of MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., Appellant, v TAX COMMISSION OF THE CITY OF NEW YORK, Respondent. [595 NYS2d 688] —Order and judgment (one paper), Supreme Court, New York County (Stanley Parness, J.), entered on September 15, 1992, unanimously affirmed for the reasons stated by Parness, J., without costs and without disbursements. No opinion. Concur—Ellerin, J. P., Wallach, Kupferman and Asch, JJ.

■ 45 EAST 89TH STREET TENANTS ASSOCIATION et al., Appellants, v DWELLING MANAGERS, INC., et al., Respondents. [595 NYS2d 689] —Order and judgment (one paper), Supreme Court, New York County (Alice Schlesinger, J.), entered on February 19, 1992, unanimously affirmed for the reasons stated by Schlesinger, J., without costs and without disbursements. No opinion. Concur—Ellerin, J. P., Wallach, Kupferman and Asch, JJ.